UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LARRY R., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:21-cv-00093-RLY-MPB |
| ) | |
| KILOLO KIJAKAZI, Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 8, 2022, the Magistrate Judge recommended that the Commissioner's decision denying *pro se* Plaintiff, Larry R., disability insurance benefits be affirmed. Plaintiff filed a convoluted, two-page Objection, but has shown no error by the Magistrate Judge.  Accordingly, the court **OVERRULES** Plaintiff's Objection (Filing No. 41), **ADOPTS** the Magistrate Judge's Report and Recommendation (Filing No. 38), and **AFFIRMS** the decision of the Commissioner denying benefits.  In addition, the court **DENIES** Plaintiff's motion to investigate Magistrate Judge Brookman and Administrative Law Judge Worrall.  (Filing No. 45).

Judgment consistent with this order shall issue forthwith.

**SO ORDERED** this 23rd day of September 2022.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1